## JOSE L. CRUZ *v.* COMMISSIONER OF CORRECTION
## (AC 22969)

Foti, Flynn and West, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The habeas court did not abuse its discretion when it denied the petition for certification to appeal.

The appeal is dismissed.